**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ELVIN FRANCISCO DE LA ROSA-ALVAREZ,<br>Defendant. | Case No. 2:26-mj-00143-NJK<br>ORDER GRANTING<br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General of the United States, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Elvin Francisco De La Rosa-Alvarez, that the Preliminary Hearing currently scheduled on September 16, 2026, be vacated and continued to date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The parties are in the process of resolving this case short of an indictment. Since the last requested continuance, the government has relayed a written plea offer to Mr. De La

Rosa. Additional time is needed for defense counsel to review the plea agreement with Mr. De La Rosa.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow parties to negotiate.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1 (d).

This is the third request for a continuance of the preliminary hearing.

DATED this 12th day of August 2026.

RENE L. VALLADARES
Federal Public Defender

*/s/ Raquel Lazo*
By_______________________________

RAQUEL LAZO
Assistant Federal Public Defender

TODD BLANCHE
Attorney General of the United States

*/s/ Clay Plummer*
By_______________________________

CLAY PLUMMER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ELVIN FRANCISCO DE LA ROSA-ALVAREZ,

Defendant.

Case No. 2:26-mj-00143-NJK

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Wednesday, September 16, 2026, at 4:00 p.m. be vacated and continued to December 16, 2026, at 4:00 p.m.

DATED: August 13, 2026

UNITED STATES MAGISTRATE JUDGE